IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alvin Larue Pinkoson, ) | No. cv-08-1388-PHX-ROS |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| A. D. W. Davenport, et al. ) | |
| Respondents. ) | |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Doc. 1). There being no objections to the Report and Recommendation of the Magistrate Judge (Doc. 13),

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge.

**FURTHERED ORDERED** dismissing the Petition for Writ of Habeas Corpus.

DATED this 24th day of July, 2009.

_____
Roslyn O. Silver
United States District Judge